**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

|  |  |
|---|---|
| LANDMARK TECHNOLOGY, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>REDBOX AUTOMATED RETAIL, LLC,<br><br>        Defendant. | CASE NO. 6:12-CV-00735 MHS-JDL<br><br><br><br>**<u>JURY TRIAL DEMANDED</u>** |

**<u>STIPULATION FOR DISMISSAL</u>**

The Plaintiff, Landmark Technology, LLC and Defendant, Redbox Automated Retail, LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

DATED:  October 11, 2013

**OF COUNSEL:**

Jeffer Mangels Butler & Mitchell LLP

      Stanley M. Gibson
      (Cal. Bar No. 162329)
      *smg@jmbm.com*

      Ali Shalchi
      (Cal. Bar No. 239164)
      *axs@jmbm.com*

1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Respectfully Submitted,

By:/s/ Charles Ainsworth___

Charles Ainsworth
State Bar No.  00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687 – Facsimile
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF,
LANDMARK TECHNOLOGY, LLC**

*/s/ Ramsey M. Al-Salam with permission*
Ramsey M. Al-Salam
WSBA No. 18822
Lead Attorney
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 3596385
Facsimile: (206) 359-7385
Email: ralsalam@perkinscoie.com
Attorney for Defendant and Counterclaim
Plaintiff Redbox Automated Retail, LLC

## <u>CERTIFICATE OF SERVICE</u>

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 11th of October, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

      */s/ Charles Ainsworth_____*
      Charles Ainsworth