# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> REDBOX AUTOMATED RETAIL, LLC, <br><br> Defendant. | CASE NO. 6:12-CV-00735 MHS-JDL <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulation for Dismissal, with prejudice, of all claims and counterclaims asserted between Plaintiff, Landmark Technology, LLC and Defendant, Redbox Automated Retail, LLC, and the Court being of the opinion that said motion (Doc. No. 56) should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff, Landmark Technology, LLC and Defendant, Redbox Automated Retail, LLC, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**It is SO ORDERED.**

**SIGNED this 15th day of October, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE